August 4/2022

DEAR JUDGE:

THE REAZON I'AM WRITTING TO YOU THIS LETTER IS BECAUSE MY FAMILY IS GOING THRU A LOT OF HARDSHIP WITH FINANCES. MY WIFE DOES NOT HAVE MONEY TO PAY THE RENT AND SOME TIMES TO BUY FOOD FOR MY KIDS. THE THINGS IN COLOMBIA MY COUNTRY ARE VERY DIFFICULT FOR PEOPLE WITH LOW INCOME LIKE US.

I ASK YOU TO GIVE ME THE OPPORTUNITY TO BE WITH MY FAMILY, THEY NEED ME; MY MOTHER IS AN OLD LADY. SHE IS VERY SICK, HAS A HEART PROBLEM AND BLEEDING BY THE NOSE. I AM AN INMATE THAT'S KEPT CLEAR CONDUCT. I AM NOT A BAD PERSON, I AM NOT DANGEROUS TO THE COMMUNITY. I HAVE BEEN PROGRAMING DURING MY INCARCERATION AND WORKING ALL THE TIME.

I'AM BEGGING YOU TO PLEASE HAVE COMPASSION WITH ME AND MY FAMILY.

I HAVE A TEENAGE SON AND I DO NOT

WANT HIM TO BE LOST . I WANT to
HAVE THE OPPORTUNITY to HELP HIM AND
GUIDE HIM GOOD PATHS .

THIS IS THE REAZON WHY I ASK
YOU TO PARDON ME OR CONSIDER REDUCE
MY SENTENCES .

I'M BEGGING YOU TO CONSIDER
MY PETITION AND PARDON ME .

THANK YOU VERY MUCH,
GOD BLESS YOU AS WELL AND YOUR
FAMILY .

Jose Jacob Portocorrero montano

JOSE JACOB PORTOCARRERO MONTANO
# 69925-018
F.C.I BERLIN
P.O. Box 9000
BERLIN , N.H 03570